NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BED XAVIER,                                    )
                                               )
              Appellant,                       )
                                               )
v.                                             )       Case No. 2D17-2624
                                               )
STATE OF FLORIDA,                              )
                                               )
              Appellee.                        )
_____ )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Manatee County; Susan Maulucci, Judge.

Rachael E. Bushey of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


              Affirmed.


LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.